UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WARREN A. NELSON,

          Plaintiff,

    v.

CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES,

          Defendant.

Case No. 25-cv-08882-KAW (PR)

**ORDER OF TRANSFER**

Plaintiff, a state prisoner, has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983.

This case has been assigned to the undersigned Magistrate Judge. Dkt. 3. Plaintiff has filed a completed *in forma pauperis* application. Dkt. 2.

The acts complained of occurred at Kern Valley State Prison in Kern County, which is located in the Eastern District of California, and it appears that Defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. All pending motions are TERMINATED on this Court's docket as no longer pending in this district. The Clerk of the Court shall transfer the case forthwith.

IT IS SO ORDERED.

Dated: March 3, 2026

_____
KANDIS A. WESTMORE
United States Magistrate Judge